IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2208-AP

**ALVIN R. GUTIERREZ,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| GREGORY J. STYDUHAR, Esq. | TROY A. EID |
| Koncilja & Koncilja, P.C. | United States Attorney |
| 125 West B Street Pueblo, CO 81003 | |
| (719 543-9591 | KEVIN TRASKOS |
| (719) 543-0247 (facsimile) | Deputy Chief, Civil Division |
| greg@konciljaandkoncilja.com | United States Attorney's Office |
| | District of Colorado |
| | Kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY, Esq. |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed: <u>October 19, 2007</u>**

    **B. Date Complaint Was Served on U.S. Attorney's Office: <u>March 7, 2008</u>**

    **C. Date Answer and Administrative Record Were Filed: <u>April 29, 2008</u>**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Both parties state that the record is complete and adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that this case does not involve unusually complicated or out-of-the ordinary claims.

**7. OTHER MATTERS**

Both parties raise no other matters before the Court.

**8. BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due: <u>June 27, 2008</u>**

    **B.    Defendant's Response Brief Due: <u>July 28, 2008</u>**

    **C.    Plaintiff's Reply Brief (If Any) Due: <u>August 12, 2008</u>**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. ( ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of May, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Gregory J. Styduhar | TROY A. EID |
| GREGORY J. STYDUHAR, Esq. | United States Attorney |
| Koncilja & Koncilja, P.C. | |
| 125 West B Street | KEVIN TRASKOS |
| Pueblo, CO 81003 | Deputy Chief, Civil Division |
| (719 543-9591 | United States Attorney's Office |
| (719) 543-0247 (facsimile) | District of Colorado |
| greg@konciljaandkoncilja.com | Kevin.traskos@usdoj.gov |
| | |
| Attorney for the Plaintiff | s/Stephanie Lynn F. Kiley |
| | STEPHANIE LYNN F. KILEY, Esq. |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |